**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Travelodge Hotels, Inc.

CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JAI AMBE HOTEL, LLC, a New York Limited Liability Company; HEMANT PANWALA, an individual; and MEETA PANWALA, an individual, <br><br> Defendants. | Civil Action No. 11-cv-5222 DMC-JAD <br><br> **FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Jai Ambe Hotel, LLC, Hemant Panwala and Meeta Panwala, pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on September 12, 2011, seeking damages as a result of the breach of a license agreement between THI and Jai Ambe Hotel, LLC, Hemant Panwala and Meeta Panwala, and service of a copy of the Summons and Complaint having been effectuated with respect to Jai Ambe Hotel, LLC, Hemant Panwala and Meeta Panwala on October 24, 2011; and it appearing that default was duly noted by the Clerk of the Court against Jai Ambe Hotel, LLC, Hemant Panwala and Meeta Panwala on November 18, 2011 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 14th day of MARCH, 2012,

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against Jai Ambe Hotel, LLC, Hemant Panwala and Meeta Panwala, jointly and severally, in the total amount of $238,384.21, comprised of the following:

a) $111,645.74 for Recurring Fees (principal plus prejudgment interest);

b) $106,482.86 for liquidated damages and Satellite Addendum damages;

c) $14,807.82 for pre-judgment interest on liquidated damages; and

d) $5,447.79 for attorneys' fees and costs.

_____
DENNIS M. CAVANAUGH, U.S.D.J.